O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NAJEEB RAHMAN,

           Petitioner,

     vs.

CONRAD M. GRABER, WARDEN,

           Respondent.

CASE NO. CV 12-07977 DSF (RZ)

ORDER ACCEPTING FINDINGS,
CONCLUSIONS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 3/18/13

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE