**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJEEB RAHMAN, ) | CASE NO. CV 12-07977 DSF (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| CONRAD J. GRABER, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of NAJEEB RAHMAN for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 3/18/13

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE